# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 24, 2008

Clifford W. Taylor,
Chief Justice

134142

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

Robert P. Young, Jr.
Stephen J. Markman,
Justices

v

SC: 134142
COA: 267663
Monroe CC: 05-034568-FH

TIMOTHY GERARD MOORE,
        Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the April 19, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 24, 2008

_____
Clerk

s0117